**FILED**

May 7, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                               )
          Plaintiff, )
v. )
                               )
SUSAN BICKAR, AKA SUSAN )
CARLSON, )
                               )
          Defendant.

Case No. 2:09MJ00146-GGH-1

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release **SUSAN BICKAR, AKA SUSAN CARLSON**

, Case No.   **2:09MJ00146-GGH-1**  , Charge   **18USC § 371**  , from custody subject to the

conditions contained in the attached "Notice to Defendant Being Released" and for the following

reasons:      __    Release on Personal Recognizance

               __    Bail Posted in the Sum of $__

                     __    Unsecured Appearance Bond

                     __    Appearance Bond with 10% Deposit

                     __    Appearance Bond with Surety

                     __    Corporate Surety Bail Bond

                     ✔    (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   May 7, 2009   at   2:00 pm  .

                                         By   /s/ Dale A. Drozd
                                                  Dale A. Drozd
                                                  United States Magistrate Judge

Copy 5 - Court