1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   SUSAN BICKAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:09-CR-00299-EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO CONTINUE** |
| v. | ) | **STATUS CONFERENCE** |
| | ) | |
| SUSAN BICKAR, | ) | |
| aka SUSAN M. CARLSON and | ) | Date: October 2, 2009 |
| TIMOTHY F. CARLSON, | ) | Time: 10:00 a.m. |
| | ) | |
| Defendants. | ) | Judge: Honorable Edward J. Garcia |

It is hereby stipulated between the parties, Matthew D. Segal, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Susan Bickar, as follows:

The Status Conference date of September 25, 2009, should be continued until October 2, 2009.

The reason for the continuance is to give defense counsel adequate time to receive the plea agreement and then to review it with the defendant. The defendant lives in Diamond Springs, California, is disabled and does not drive, so the defense needs additional time to prepare her for the change of plea, anticipated for Friday, October 2, 2009.

1    IT IS STIPULATED that the period from the date of this stipulation
2 up to and including October 2, 2009, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to  18 U.S.C. § 3161(h)(7)(A) & (B)(iv), to permit necessary
5 preparation by defense counsel.
6 Dated:   September 22, 2009

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SUSAN BICKAR


14 Dated:   September 22, 2009

                                        LARRY G. BROWN
                                        United States Attorney


                                        /s/ Matthew D. Segal
                                        _____
                                        MATTHEW D. SEGAL
                                        Assistant U.S. Attorney



                                   **ORDER**

22    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 ordered that the hearing presently set for September 25, 2009, be
24 continued to October 2, 2009, at 10:00 a.m.  Based on the
25 representations of defense counsel and good cause appearing therefrom,
26 the Court hereby finds that the failure to grant a continuance in this
27 case would deny defense counsel reasonable time necessary for effective
28 preparation, taking into account the exercise of due diligence.  The

Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this stipulation to and including the October 2, 2009, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), to allow defense counsel time to prepare.

**IT IS SO ORDERED.**

DATED: September 22, 2009

/s/ Edward J. Garcia
UNITED STATES DISTRICT JUDGE

3