**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700   Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM

*& Order*

DATE:     January 6, 2010

TO:       Colleen Lydon, Courtroom Clerk to
          Hon. Edward J. Garcia

FROM:     Caro Marks
          Assistant Federal Defender

SUBJECT:  U.S. v. Susan Bickar Carlson
          CR.S-09-299-EJG

FILED
JAN - 8 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

---

This memo is to request that the PSR schedule and judgment and sentencing for Susan Bickar Carlson be continued. The new scheduled dates are as follows:

| | |
|---|---|
| Proposed Pre-Sentence Report | 3/12/10 |
| Counsel's Objections to Report | 3/26/10 |
| Pre-Sentence Report filed | 4/02/10 |
| Motion to Correct Report | 4/09/10 |
| Judgment and Sentencing | 4/23/10 |

Assistant U.S. Attorney Matt Segal and U.S. Probation Officer Tom Brown have been notified of this request and have no objection.

Thank you for your assistance in this matter.

CM
bd

cc:   M. Segal, AUSA
      T. Brown, USPO

IT IS SO ORDERED

*[signature]*
1/7/10