**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA 95814**
(916) 498-5700 Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

## M E M O R A N D U M *& Order*

DATE:     May 7, 2010

TO:       Colleen Lydon, Courtroom Clerk to the
          Honorable Edward J. Garcia

**FILED**

MAY 13 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

FROM:     Becky Darwazeh, Legal Secretary to
          Caro Marks, Assistant Federal Defender

SUBJECT:  United States v. Susan Bickar Carlson
          Cr.S-09-299-EJG

---

This memo is to request that the judgment and sentencing for Susan Bickar Carlson be continued from May 7, 2010 at 10:00 a.m. to June 11, 2010 at 10:00 am.. All parties are in agreement with the new scheduled date.

Thank you for your assistance in this matter.

*CM*
CM
bd

cc:   M. Segal, AUSA
      T. Brown, USPO

IT IS SO ORDERED

_____
5/12/10