**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM

DATE:     June 9, 2010

TO:       Colleen Lydon, Courtroom Clerk to the
          Honorable Edward J. Garcia

FROM:     Becky Darwazeh, Legal Secretary to
          Caro Marks, Assistant Federal Defender

SUBJECT:  United States v. Susan Bickar Carlson
          Cr.S-09-299-EJG

---

   This memo is to request that the PSR schedule and judgment and sentencing for Susan Bickar Carlson be continued. The new scheduled dates are as follows:

| | |
|---|---|
| Pre-Sentence Report filed no later than | 6/25/10 |
| Motion to Correct Report filed no later than | 7/2/10 |
| **Judgment and Sentencing** | **7/9/10** |

Thank you for your assistance in this matter.

CM
bd

cc:   M. Segal, AUSA
      T. Brown, USPO

IT IS SO ORDERED

/s/ Edward J. Garcia
6/7/10

FILED
JUN 10 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK